# MINUTES

CASE NUMBER:   CR 09-00310SOM

CASE NAME:   USA vs. Jimmy Canosa Barut

ATTYS FOR PLA:   Thomas Muehleck

ATTYS FOR DEFT:   Alexander Silvert

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/15/2013 | TIME: | 9:00 - 9:45 |

COURT ACTION:  EP:  Continued Hearing on Motion to Reduce Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure [33] -

Defendant not present, and his presence is waived for purposes of this hearing.

Arguments.

Motion to Reduce Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure [33] - Granted.

Court reduces the defendant's sentence to:

Imprisonment: 63 Months.

Court modifies conditions of supervised release to include:

► The defendant shall serve up to 180 days community confinement in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office.  While serving the term of community confinement, the defendant shall abide by all rules and regulations of the residential reentry center.  The residential reentry center shall provide any and all information regarding the offender's progress/violations to the Probation Office.

Defendant advised of his right to appeal.

Mr. Silvert to prepare the order.

Submitted by: Toni Fujinaga, Courtroom Manager.